# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## ORDER DISMISSING APPEAL

RE:     Robert V. Case vs. United States of America; IRS

CIVIL ACTION NO. 5:09-CV- 00058

Upon reviewing the record, and upon noting that Appellant has failed to file a brief in compliance with Federal Rules of Bankruptcy Procedure 8009(a) and 8010, and the time for filing the brief has expired, it is

ORDERED that the within appeal be and hereby is dismissed without further order of this court unless the Appellant within 20 days of the date of this Order fully complies with Federal Rules of Bankruptcy Procedure 8009(a) and 8010.

IT IS SO ORDERED

Date:  March 2, 2009

Norman A. Mordue
Chief United States District Court Judge